·Margaret Tarvin, Administratrix of Estate of Murel Tarvin, Deceased, Appellee, v. George Ennen, Appellant.

Gen. No. 9,604.

opinion filed February 14, 1941. Milo J. Fleming, for appellant; Edward F. Braden, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''